UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL JOHNSON,<br><br>          Plaintiff,<br><br>    v.<br><br>A. JOHNSON,<br><br>          Defendant. | Case No. CV 18-8111 SVW(JC)<br><br>JUDGMENT |

In accordance with the Order Dismissing Action without Prejudice, IT IS ADJUDGED that this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: October 23, 2018

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE